IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VERSIAH TAYLOR,

   *Petitioner*,

v.                                                              Case No.: 5:23cv200-MW/MAL

UNITED STATES OF AMERICA,

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's "Petition for Writ. Habe. Corp.," ECF No. 1, is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on August 25, 2023.**

                                                 s/Mark E. Walker          
                                                 **Chief United States District Judge**